PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
STEPHANIE M. STOKMAN
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00003-ADA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE |
| v. | |
| AGRICULTURAL CONTRACTING SERVICES ASSOCIATION ET AL, | |
| Defendant. | |

## **BACKGROUND**

The parties currently anticipate filing a number of motions, including motions in limine. The parties anticipate that given the complexity of the trial, the motions and motions in limine will likewise involve complex legal and factual matters. Accordingly, the parties have conferred regarding a briefing schedule. The parties have reached an agreement regarding pretrial motions, but not as to motions in limine. As to pretrial motions, the parties jointly propose the following:

Motions are to be filed no later than July 21, 2023;

Oppositions to be filed no later than August 18, 2023; and

Replies, if any, to be filed no later than August 23, 2023

The parties further request that the Court set a motions hearing at the earliest convenient date following filing of Replies on August 23, 2023.

1

As to motions in limine, the government requests the Court set a motions in limine filing deadline at least four weeks prior to trial to allow sufficient time for briefing and consideration of the issues. Defense counsel are continuing to evaluate potential motions in limine and are unable at this time to request a specific briefing schedule.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that pretrial motions, must be filed no later than July 21, 2023. Oppositions must be filed no later than August 18, 2023. Replies, if any, must be filed no later than August 23, 2023.

The parties further request that the Court set a motions hearing.

                    Respectfully submitted,
                    PHILLIP A. TALBERT
                    United States Attorney

DATED: July 6, 2023        By:   /s/ Michael G. Tierney
                                        Michael G. Tierney
                                        Stephanie M. Stokman
                                        Joseph Barton
                                        Assistant United States Attorneys

Dated: July 6, 2023

                                  By: /s/ Anthony P. Capozzi
                                  ANTHONY P. CAPOZZI
                                  Attorney for Marcus Asay and
                                  Agricultural Contracting Services
                                  Association

Dated: July 6, 2023                          By: /s/ Mike McKneely
                                  MIKE McKNEELY
                                  Attorney for Defendant Antonio Gastelum

**O R D E R**

**IT IS SO ORDERED.**

Pretrial Motions must be filed no later than July 21, 2023;

Oppositions must be filed no later than August 18, 2023; and

Replies, if any, must be filed no later than August 23, 2023

The Court sets a motions hearing on _____.

DATED:  July __, 2023

                                                    _____
                                                    Hon. Ana de Alba
                                                    UNITED STATES DISTRICT JUDGE