ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendants,
AGRICULTURAL CONTRACTING
SERVICES ASSOCIATION, dba
AMERICAN LABOR ALLIANCE,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY, and ANTONIO GASTELUM,<br><br>Defendants. | CASE NO.: 1:19-CR-00003-DAD-BAM<br><br>**NOTICE OF APPEAL** |

    Defendant, Agricultural Contracting Services Association, dba American Labor Alliance, Marcus Asay, by and though their attorney or record, Anthony P. Capozzi, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction and sentence imposed in this case on April 10, 2025.

Dated: April 22, 2025,        BY:    */s/ Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI, Attorney for
                                          Marcus Asay and Agricultural Contracting Services
                                          Association, dba American Labor Alliance