MICHELE BECKWITH
Acting United States Attorney
MICHAEL G. TIERNEY
STEPHANIE M. STOKMAN
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  AGRICULTURAL CONTRACTING SERVICES ASSOCIATION ET AL,  Defendant. | CASE NO. 1:19-CR-00003-DAD  STIPULATION REGARDING RESTITUTION JUDGMENT AS TO DEFENDANTS ASAY AND AGRICULTURAL CONTRACTING SERVICES ASSOCIATION |
|---|---|

BACKGROUND

The Court pronounced sentence in this matter on April 10, 2025. During the hearing, the Court pronounced a sentence including restitution as to defendants Asay and Agricultural Contracting Services Association ("ALA"). The Court imposed two types of restitution: 1) $26,250 to victims of the "Hardship Scheme:" and 2) $43,000 to owners of a business who obtained workers' compensation coverage from ALA. The Court also discussed a $125 restitution claim of a Fresno-area food business. The Court imposed the $125 restitution amount in pronouncing defendant Gastelum's sentence, but did not pronounce the restitution award for defendants Asay and ALA. Defendants ALA and Asay objected to each of the Court's restitution awards. Counsel for defendants Asay and ALA indicated that the restitution amount

1

for the food business had already been paid.

The Court's restitution award as to the victims of the Hardship Scheme was not recommended by the PSR as to either defendant. It was based on an estimated loss calculation from a review of ALA's records. The loss calculation indicated that approximately 150 individuals purchased the product at an average price of $175. Asay PSR, ECF 265, at ¶ 3; Gov't Sent. Memo, ECF 271 at 3; ECF 271-2 at 1-8. Since the Court's award, the government and the United States Probation Office have reviewed ALA's documents and the government has attempted to obtain updated contact information for the victims. As a result, the government has determined that there are 134 victims of the Hardship Scheme.

Counsel for the United States and defendants Asay and ALA are entering into this stipulation to confirm the Court may amend its pronounced sentence so that the sentence and Judgment are accurate regarding the amounts and individuals. The sentence and Judgment may incorporate the Revised Restitution Report transmitted to the Court by the Probation Office. This information has been reviewed by counsel for the government and defendants Asay and ALA.

Defendants Asay and ALA do not withdraw their objection to the restitution amounts. This stipulation does not waive those objections and is procedural in nature.

STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the Court may amend any sentence pronounced as to defendants Asay and Agricultural Contracting Services Association dba American Labor Alliance to reflect the following restitution award:

The total restitution award for both defendants should be $66,575.

Defendants ALA and Asay shall pay restitution of $125.00, jointly and severally

with co-defendant Antonio Gastelum (1:19-cr-00003-3), to the food service business indicated in the Revised Restitution Report.

Defendants ALA and Asay shall pay restitution of $23,450.00, jointly and severally, to the 134 victims listed in the Revised Restitution Report at an amount of $175 each.

Defendants ALA and Asay shall pay restitution of $43,000, jointly and severally, to the business reflected in the Revised Restitution Report.

The parties agree that the amendment is proper under the Federal Rules of Criminal Procedure, including Rule 35(a) as a technical error.

The parties agree that the Court may include these term of the amended sentence in its Judgment.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MICHELE BECKWITH<br>Acting United States Attorney |
| DATED: April 22, 2025 | By: /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| Dated: April 24, 2025 | By: /s/ Anthony P. Capozzi<br>ANTHONY P. CAPOZZI<br>Attorney for Marcus Asay and<br>Agricultural Contracting Services<br>Association |

3

**ORDER**

Good cause appearing, the court adopts the stipulation of the parties which will be incorporated into the Judgment entered as to defendants Marcus Asay and Agricultural Contracting Services Association.

IT IS SO ORDERED.

Dated:   **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

4